IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RMAIL LIMITED,<br>　　　　　　Plaintiffs,<br>　v.<br>AMAZON.COM, INC., and PAYPAL,<br>　　　　　　Defendants. | Civil Action No. 2:10-cv-258-JRG<br>(Lead Case)<br><br>Hon. Rodney Gilstrap |
| RPOST HOLDINGS, INC.;<br>RPOST INTERNATIONAL LIMITED.; and<br>RMAIL LIMITED<br>　　　　　　Plaintiffs,<br>　v.<br>ZIX CORPORATION,<br>　　　　　　Defendant. | Civil Action No. 2:11-cv-64-JRG<br>(Member Case)<br><br>Hon. Rodney Gilstrap |

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs RPost Holdings, Inc., RPost International Limited, and RMail Limited and Defendant Zix Corporation, parties to Member Case Civil Action No. 2:11-cv-64-JRG, by and through their attorneys, jointly moved for an order approving their stipulation. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

　　1.　　All claims by Plaintiffs against Zix are dismissed with prejudice. All counterclaims by Zix against Plaintiffs are dismissed with prejudice.

　　2.　　Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal.

**So ORDERED and SIGNED this 15th day of April, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE